1  SEAN P. NALTY (SBN 121253)
   SHEENA V. JAIN (SBN 251912)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
6  Attorneys for Plaintiff,
   OM FINANCIAL LIFE
7  INSURANCE COMPANY

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY, | Case No.: 09-cv-1989 WBS |
| Plaintiff, | OM FINANCIAL'S *EX PARTE* APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND TO EXTEND TIME FOR SERVICE OF PROCESS; [~~PROPOSED~~] ORDER |
| vs. | |
| MICHAEL W. HELTON, an individual, CASEY OZUNA, an individual, DEANNA OZUNA, an individual, CHRISTINA OZUNA, an individual, and DOES 1-10 | |
| Defendants. | |

Plaintiff OM FINANCIAL LIFE INSURANCE COMPANY ("OM Financial") hereby submits this *ex parte* application for Continuance of the Scheduling Conference for good cause as follows:

   1.    On July 17, 2009, OM Financial filed the Complaint in Interpleader and Declaratory Relief against Defendants Michael Helton, Casey Ozuna, Deanna Ozuna and Christina Ozuna. Thereafter, this Court scheduled a Scheduling Conference for November 30, 2009.

   2.    Since the filing of the Complaint in Interpleader and Declaratory Relief, OM Financial has attempted to effectuate service on all the Defendants. Thus far, Defendants Michael Helton and Deanna Ozuna have been served. Michael Helton executed a Waiver of Service of

1 Summons on August 10, 2009.  Deanna Ozuna executed a Waiver of Service of Summons on

2 September 1, 2009.  Both waivers were filed with the Court on November 18, 2009.

3    3. OM Financial attempted to serve Christina Ozuna and Casey Ozuna by mail on

4 August 04, 2009.  Deanna Ozuna informed our office in August 2009 that her sister, Christina

5 Ozuna, had received the complaint and summons in this action.  However, our office has not

6 received an executed Waiver of Service of Summons from Christina Ozuna and has made several

7 attempts to contact her regarding this matter.   As for Casey Ozuna, OM Financial is attempting to

8 confirm his address in Alaska, as our initial attempt to serve him by mail was unsuccessful. OM

9 Financial is continuing its efforts to serve Christina and Casey Ozuna.

10    4. Therefore, because Defendants Casey Ozuna and Christina Ozuna have not been

11 served OM Financial respectfully requests that the Court continue the Scheduling Conference to

12 January 18, 2010, with the Joint Scheduling Conference Statement due on or before January 4,

13 2010.  OM Financial further requests that the Court extend the time for service of process pursuant

14 to Rule 4 of the Federal Rules of Civil Procedure by an additional 60 days.   Service is to be

15 effected on or before January 14, 2010, absent any subsequent Court order.

18 Dated: November 18, 2009　　　　　　　WILSON, ELSER, MOSKOWITZ,
19 　　　　　　　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

20 　　　　　　　　　　　　　　　　　　　By:　　　*/s/ Sean P. Nalty*
21 　　　　　　　　　　　　　　　　　　　　　　Sean P. Nalty, Esq.
　　　　　　　　　　　　　　　　　　　　　　Sheena V. Jain, Esq.
22 　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　OM FINANCIAL LIFE INSURANCE
23 　　　　　　　　　　　　　　　　　　　　　　COMPANY

### ORDER

25 The request of Plaintiff OM Financial Life Insurance Company came before this Court for

26 consideration.  For good cause appearing, it is hereby ordered that the **Scheduling Conference is**

27 **continued to January 25, 2010 at 2:00 p.m.**  The parties shall file a Joint Scheduling Conference

OM FINANCIAL'S *EX PARTE* APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND TO EXTEND
TIME FOR SERVICE OF PROCESS

491208.1

1  Statement on or before **January 11, 2010**.  Plaintiff is granted an additional 60 days to the time

2  limit set by Rule 4 of the Federal Rules of Civil Procedure to effect service.  Service shall be

3  completed on or before January 14, 2010, absent any subsequent Court order.

4  DATED:  November 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

OM FINANCIAL'S *EX PARTE* APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND TO EXTEND TIME FOR SERVICE OF PROCESS

491208.1