SEAN P. NALTY (SBN 121253)
SHEENA V. JAIN (SBN 251912)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff,
OM FINANCIAL LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL W. HELTON, an individual, CASEY OZUNA, an individual, DEANNA OZUNA, an individual, CHRISTINA OZUNA, an individual, and DOES 1-10<br><br>　　　　　Defendants. | Case No.: 09-cv-1989 WBS<br><br>**ORDER RE REQUEST FOR TELEPHONE APPEARANCE FOR HEARING RE: MOTION FOR DISCHARGE AND AWARD OF COSTS AND ATTORNEYS' FEES**<br><br>Date: September 27, 2010<br>Time: 2:00pm<br>Courtroom: 5<br><br>The Honorable William B. Shubb |

IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff's counsel Sheena V. Jain's request for telephonic appearance at the hearing on Plaintiff's Motion For Discharge and Award of Costs and Attorneys' Fees is GRANTED. The courtroom deputy will initiate the conference call to Ms. Jain at her direct telephone number of 415-625-9252.

IT IS SO ORDERED.

Dated:  September 23, 2010

　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

[PRPOSED] ORDER RE REQEUST FOR TELEPHONE APPEARANCE FOR HEARING RE: MOTION FOR DISCHARGE
AND AWARED OF COSTS AND ATTORNEYS' FEES

USDC EDCA Case #09-CV-1989WBS
585760.1